USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DERRICK MULLINS,

                      Plaintiff,

          -against-

ISAAC SCISSORHANDS BARBER SHOP
CORP. and BEWSS COMPANY,

                      Defendants.

-----------------------------------------------------------------X

20-CV-1918 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the national emergency, the conference in this matter scheduled for April 27, 2020 is hereby converted to a telephone conference. The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

      **SO ORDERED.**

DATED:    New York, New York
               March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge