LAW OFFICE OF
**DONALD J. WEISS**
**830 LONG ISLAND AVENUE**
**DEER PARK, NY 11792**
**(212) 967-4440**
**djwlaw@mindspring.com**

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____          │
│ DATE FILED:_____       │
└────────────────────────────────┘
```

April 14, 2020

Magistrate Judge Katharine H. Parker
United States Courthouse
Southern District of New York
500 Pearl Street, Room 17-D
New York, NY 10007

Re:     Derrick Mullins v. Isaac Scissorhands Barber Shop Corp. et al
        Case No. 20 CV 1918

Dear Magistrate Judge Parker:

       An initial conference is scheduled in this matter for April 27, 2020.  In light of current conditions and as the public accommodation is currently closed (so that the ADA claim could not currently proceed, in any event), I respectfully request an adjournment of at least 60 days.

       There have been no prior requests for adjournment.  No defendants have appeared in the action to date.  I propose reschedule dates of June 24, 25 or 26.

       Thank you for your time and attention herein.

                                        Very truly yours,

                                        *Donald J. Weiss*

                                        Donald J. Weiss

Plaintiff's request is granted.  The initial case management conference currently scheduled for April 27, 2020 is hereby rescheduled to an in-person conference on **June 25, 2020 at 2:00 p.m**.  Plaintiff is directed to serve a copy of this order on Defendants.

**SO ORDERED:**

04/15/20      *Katharine H Parker*

**HON. KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**