USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DERRICK MULLINS,

                        Plaintiff,

           -against-

ISAAC SCISSORHANDS BARBER SHOP
CORP. and BEWSS COMPANY,

                      Defendants.

------------------------------------------------------------------X

20-CV-1918 (PGG) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light the Notice of Voluntary Dismissal filed on September 8, 2020 (doc. no 11) the Initial Case Management Conference currently scheduled for **September 9, 2020** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:     New York, New York
               September 9, 2020

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge